

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,936-02

### IN RE STATE OF TEXAS EX REL. KIM OGG, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2187057 IN THE HARRIS COUNTY CRIMINAL COURT NO. 8
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends, among other things, that the Respondent Judge of the Harris County Criminal Court No. 8 intends to proceed with a bench trial in this cause despite the State's refusal to consent to a waive a jury trial in this cause. On January 25, 2021, this Court stayed all proceedings pertaining to this cause number until further order of this Court.

In view of this Court's recent opinion in *In re State ex rel. Ogg*, __ S.W.3d __ No. WR-91,936-01 (Tex. Crim. App. Mar. 3, 2021), Respondent, the Judge of the County Court No. 8 District Court, shall respond to Relator's allegations. The response shall answer whether the court intends to proceed to a non-jury trial over the State's objection, and if so, the response shall detail the court's

legal rationale for that proposed course of action. This motion for leave to file will be held.

Respondent shall comply with this order within thirty days from the date of this order. This Court's stay of January 25, 2021 shall remain in effect until further order of this Court.

Filed: April 14, 2021
Do not publish